JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Porfirio Leon Guzman,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-01039-JLT-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from January 31, 2022 to April 1, 2022, for Plaintiff to serve on defendant with PLAINITIFF'S MOTION FOR SUMMARY JUDGEMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the three other California Districts, each of which require settlement negotiations or merit briefing. Counsel has a greater than usual number of merit briefs due in January 2021. In the Eastern District of California, Counsel received 60 Certified Administrative Records for November 2021 through December 2021.

As to merit briefs, for the weeks of January 24, 2022 and January 31, 2022, Counsel has 13 merit briefs, numerous reply briefs, and EAJA Motions. Counsel also has 17 administrative hearings before the Office of Hearing Operations for Social Security.

Due to Counsel's attempt to spread out the significant increase of briefs due for prior months, in the month of January 2022, Plaintiff's Counsel has well over 34 merit briefs. And for February 2022, Plaintiff's Counsel has 19 merit briefs.

In addition, Counsel is responsible for reviewing Appeals Council ("AC") denials for possible filing in US District Court. Counsel has received an unusual and ever-increasing number of AC denials which require a review for possible filing in US District Court. The AC has also recently denied our extension requests at the administrative level to allow more time to review those files. Therefore, Counsel is unable to push out any of the AC denials which are dated within 65 days.

Lastly, Attorney Dolly M. Trompeter, an attorney with the firm Pena and Bromberg, PC is currently out of State tending to her ill father prompting the undersigned Counsel to take on additional matters on her behalf.

Due to the combination of the above issues, Counsel for Plaintiff has a larger than usual number of briefs due for the months of January 2022 and February 2022.

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                Respectfully submitted,

Dated: January 18, 2022       PENA & BROMBERG, ATTORNEYS AT LAW

                            By: */s/ Jonathan Omar Pena*
                                JONATHAN OMAR PENA
                                Attorneys for Plaintiff

Dated: January 18, 2022      PHILLIP A. TALBERT
                               United States Attorney
                               PETER K. THOMPSON
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

                            By:  **/s/ Patrick Snyder*
                               Patrick Snyder
                               Special Assistant United States Attorney
                               Attorneys for Defendant
                               (*As authorized by email on January 18, 2022)

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to file a Motion for Summary Judgment is GRANTED. Plaintiff shall file a Motion for Summary Judgment on or before April 1, 2022. All other dates in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **January 19, 2022**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE