DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORFIRIO LEON GUZMAN,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　Defendant. | Case No. 1:21-cv-01039-JLT-BAM<br><br>STIPULATION AND |PROPOSED| ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from April 1, 2022 to May 31, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's second request for an extension of time.  Plaintiff's Counsel respectfully states that the requested extension is necessary as she

1

continues to care for her ill father in Houston, Texas with limited access to the computer.  For the week of March 28, 2022, Plaintiff's Counsel has three Merit briefs due. Plaintiff's Counsel has included a declaration in support of the motion. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: March 18, 2022        PENA & BROMBERG, ATTORNEYS AT LAW


                         By: */s/ Dolly M. Trompeter*
                            DOLLY M. TROMPETER
                            Attorneys for Plaintiff


Dated: March 18, 2022        PHILLIP A. TALBERT
                                    United States Attorney
                                    PETER K. THOMPSON
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration


                         By:  */s/Patrick Snyder*
                             Patrick Snyder
                             Special Assistant United States Attorney
                             Attorneys for Defendant
                             (*As authorized by email on March 18, 2022)

# **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's second request for an extension of time to file a Motion for Summary Judgment is GRANTED. Plaintiff shall file a Motion for Summary Judgment on or before May 31, 2022. All other dates in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: __**March 23, 2022**__          /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE